AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lloyd, Joan A. | W.D.Ky | 04/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination ____ Date ____ <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Rm 541, 601 West Broadway
Louisville, Kentucky 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I, II and III |
| 2. | Director | Company disclosed Part VII, line 60 |
| 3. | Limited Partner | Company disclosed Part VII, line 62 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. American Funds: Fundamental Investors | A | Dividend | K | T | | | | | |
| 3. American Funds: Small Cap World | A | Dividend | J | T | | | | | |
| 4. American Funds: EuroPacific Growth A | A | Dividend | J | T | | | | | |
| 5. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 6. American Funds: New Perspective | A | Dividend | J | T | Distributed (part) | 01/26/11 | J | A | |
| 7. American Funds: Growth Fund of America | A | Dividend | J | T | | | | | |
| 8. American Funds: Income Fund of America | A | Dividend | J | T | | | | | |
| 9. Hilliard Lyons Government Fund | A | Dividend | J | T | | | | | |
| 10. Nuveen PFD & CV Inc. | A | Dividend | J | T | | | | | |
| 11. Commonwealth Bank | A | Interest | J | T | | | | | |
| 12. American Funds:AMCAP Fund | A | Dividend | J | T | Distributed (part) | 01/26/11 | J | A | |
| 13. Amercian Funds: American Mutual Fund | A | Dividend | J | T | Distributed (part) | 01/26/11 | J | A | |
| 14. American Funds: American Balanced Fund | A | Dividend | J | T | Distributed (part) | 01/26/11 | J | A | |
| 15. Trust II | | | | | | | | | |
| 16. American Funds: Fundamental Investors | A | Dividend | K | T | | | | | |
| 17. American Funds: Samll Cap World | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: EuroPacific Growth A | A | Dividend | K | T | | | | | |
| 19. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 20. American Funds: New Perspective | A | Dividend | K | T | Distributed (part) | 01/14/11 | J | A | |
| 21. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 22. American Funds: Income Fund of America | A | Dividend | J | T | | | | | |
| 23. Hilliard & Lyons Government Fund | A | Dividend | J | T | | | | | |
| 24. Nuveen PFD & CV Inc. | A | Dividend | J | T | | | | | |
| 25. Commonwealth Bank | A | Interest | J | T | | | | | |
| 26. American Funds: AMCAP Fund | A | Dividend | J | T | Distributed (part) | 01/14/11 | J | A | |
| 27. American Funds: American Mutual Fund | A | Dividend | J | T | Distributed (part) | 01/14/11 | J | A | |
| 28. American Funds: American Balanced Fund | A | Dividend | J | T | Distributed (part) | 01/14/11 | J | A | |
| 29. Trust III | | | | | | | | | |
| 30. American Funds: Fundamental Investors | A | Dividend | K | T | | | | | |
| 31. American Funds: Small Cap World | A | Dividend | J | T | | | | | |
| 32. American Funds: EuroPacific Growth A | A | Dividend | K | T | | | | | |
| 33. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 34. American Funds: New Perspective | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 36. American Funds: Income Fund of America | A | Dividend | J | T | | | | | |
| 37. Hilliard & Lyons Governement Fund | A | Dividend | J | T | | | | | |
| 38. Nuveen PFD & CV Inc. | A | Dividend | J | T | | | | | |
| 39. Commonwealth Bank | A | Interest | J | T | | | | | |
| 40. American Funds: AMCAP Fund | A | Dividend | J | T | | | | | |
| 41. American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 42. American Funds: American Balanced Fund | A | Dividend | J | T | | | | | |
| 43. Blank | | | | | | | | | |
| 44. Touchstone Emerg. Growth | A | Dividend | J | T | | | | | |
| 45. Americcan Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 46. American Funds: Small Cap World | A | Dividend | J | T | | | | | |
| 47. American Funds: EuroPacific Growth A | B | Dividend | M | T | | | | | |
| 48. American Funds: New World Fund | A | Dividend | K | T | | | | | |
| 49. American Funds: New Perspective | B | Dividend | M | T | | | | | |
| 50. American Funds: Fundamental Investors | A | Dividend | K | T | | | | | |
| 51. American Funds: Income Fund of America | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pioneer High Yield Fund | B | Dividend | K | T | | | | | |
| 53. Hilliard & Lyons Government Fund | C | Dividend | L | T | | | | | |
| 54. Hilliard & Lyons Money Market | A | Interest | J | T | | | | | |
| 55. Nuveen PFD & CV, Inc., MULTI STRATEGY | A | Dividend | J | T | | | | | |
| 56. Commonwealth Bank | C | Interest | L | T | | | | | |
| 57. Louisville Federal Credit Union | A | Interest | J | T | | | | | |
| 58. Arrow Partners, LLC | A | Distribution | | | Redeemed | 09/30/11 | M | A | K. Cooper |
| 59. D&C Corp. | A | Dividend | J | U | | | | | |
| 60. CST Co. | G | Dividend | N | U | | | | | |
| 61. CST Co. Dall. | D | Dividend | K | U | | | | | |
| 62. J.Lloyd Enterprises, LLC | C | Dividend | L | W | | | | | |
| 63. American Funds: Washington Mutual Invest. A | B | Dividend | L | T | | | | | |
| 64. William Blair International Small Cap | A | Dividend | J | T | | | | | |
| 65. Blank | | | | | | | | | |
| 66. Blank | | | | | | | | | |
| 67. Blank | | | | | | | | | |
| 68. S&P Depository Receipts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Gold TR Gold Shares | A | Dividend | J | T | | | | | |
| 70. Blank | | | | | | | | | |
| 71. ISHARES TR Barclays TIPS Bond Fund | A | Dividend | J | T | | | | | |
| 72. ISHARES TR MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 73. ISHARES TR Russell Midcap Value Index Fund | A | Dividend | J | T | | | | | |
| 74. ISHARES TR Russell Midcap Index Fund | A | Dividend | J | T | | | | | |
| 75. ISHARES TR Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 76. ISHARES TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 77. ISHARES TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 78. Powershares Exchange Traded Fund for Water Port | A | Dividend | | | Sold | 10/05/11 | J | A | |
| 79. Thornburg INVT TR International Value Fund | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions

Limited Partnership position reported in prior reports terminated in September 2011. One remaining.

Part VII, Line 58

Arrow Partners, LLC owns a commercial office building used as rental property in Jeffersontown, Kentucky. The property was appraised on August 24, 2004 for $1,080,000.00. The fractional interest held has been redeemed by co-owner K. Cooper for a value determined at a mediation. Membership terminated.

Part VII, Line 59

D&C Co. owns commercial real estate in Dallas, Texas. The current value has a book value of approximately $500,000. The interest held is fractional.

Part VII, Line 62

JLloyd Enterperises, LLC was formed in 2007. It owns an interest in a real estate holding company which owns commercial real estate in Louisville, Kentucky. The current book value of the real estate is $1,488,000. The interest held is fractional.

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan A. Lloyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544